IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JEREMY NEWSOME, By His Mother
and Next Friend, LYNDIA TRAYLOR; et al.     PLAINTIFFS

vs.     No. 1:07CV293-D-D

MISSISSIPPI HIGH SCHOOL
ACTIVITIES ASSOCIATION, INC.; et al.     DEFENDANTS

### ORDER GRANTING MOTION TO DISMISS

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1)     the Defendants' motion to dismiss (docket entries 13, 22) is GRANTED;

(2)     the Plaintiffs' claims are DISMISSED; and

(3)     this case is CLOSED.

All memoranda, depositions, declarations and other materials considered by the court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this the 8 day of July 2008.

/s/ Glen H. Davidson
Senior Judge